# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES ERNST,
              Appellant,
    vs.
ROSEMARY ERNST,
              Respondent.

No. 80743

FILED

MAR 2 ... ...

ELIZA... ...
CLERK OF S... COURT

BY _____
    DEPUTY CL...K

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order for judgment regarding community waste and an order denying appellant's motion to recuse the district court judge. Eighth Judicial District Court, Family Court Division, Clark County; T. Arthur Ritchie, Jr., Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the orders designated in the notice of appeal are not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an interlocutory order addressing community waste or from an order denying a motion to recuse a judge. *See Jones v. Eighth Judicial Dist. Court*, 130 Nev. 493, 497, 330 P.3d 475, 478 (2014);

*Peck v. Crouser*, 129 Nev. 120, 124, 295 P.3d 586, 588 (2013). This court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. T. Arthur Ritchie, Jr., District Judge, Family Court Division
       Charles Ernst
       Fine Carman Price
       Eighth District Court Clerk